IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARIMA ALI, | ) | 1:12-cv-00509-AWI-GSA |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING DATE OF MAY 14, 2012 AND TAKING MATTER UNDER SUBMISSION |
| v. | ) | |
| | ) | |
| HUMANA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

    Defendant Humana, Inc., has filed a motion to dismiss the complaint of plaintiff Karima Ali pursuant to Federal Rule of Civil Procedure 12(b)(6) or for a more definite statement in the alternative.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).

    Accordingly, IT IS HEREBY ORDERED that the scheduled hearing date of May 14, 2012 is VACATED, and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE