UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA K. ALI, | CASE NO. 12-cv-00509-AWI-GSA |
| Plaintiff, | |
| vs. | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| HUMANA INC. | |
| Defendant. | |

Pursuant to the joint stipulation to continue the scheduling conference in this matter entered into by and between the parties, the scheduling conference in this matter is hereby continued from August 29, 2012, to November 6, 2012 @ 10:00 before Judge Gary S Austin on the 6th floor in courtroom 10.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **August 23, 2012**             **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

-1-                                      12 cv 00509 AWI (DLB)
ORDER CONTINUING SCHEDULING CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28