UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA K. ALI,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>HUMANA INC.<br>　　　　　　Defendant. | CASE NO. 12-cv-00509-AWI-GSA<br>*Judge Anthony W. Ishii*<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

　　　　Pursuant to the joint stipulation to continue the scheduling conference in this matter entered into by and between the parties, the scheduling conference in this matter is hereby continued from November 6, 2012, to January 14, 2013, at 10:00 a.m.

IT IS SO ORDERED.

　Dated:　**October 31, 2012**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-　　　　12 cv 00509 AWI (DLB)
ORDER CONTINUING SCHEDULING CONFERENCE

HUMA/1074314/13984306v.1