IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARIMA ALI, | ) | 1:12-cv-00509-AWI-GSA |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING |
| | ) | DATE AND TAKING MATTER |
| v. | ) | UNDER SUBMISSION |
| | ) | |
| HUMANA, INC., | ) | (Docs. 25, 30) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Humana, Inc., has filed a motion to dismiss the third amended complaint of plaintiff Karima Ali pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the previously scheduled hearing date of January 28, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 16, 2013

SENIOR DISTRICT JUDGE