IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA ALI, | 1:12-cv-00509-AWI-GSA |
| Plaintiff, | **ORDER DISMISSING ACTION AND CLOSING CASE** |
| v. | (Doc. 42) |
| HUMANA INC., | |
| Defendant. | |

The Court refers the parties to previous orders for a chronology of the proceedings.  On October 29, 2013, the parties filed a joint stipulation to dismiss the action with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.  In light of the stipulation, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party.  The Court respectfully instructs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   October 30, 2013

SENIOR  DISTRICT  JUDGE